FILED
2007 Jan-29 PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| AYMAN MAKRAM SAAD GIRGIS, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 06-B-538-NE |
| MICHAEL CHERTOFF, Secretary of Department of Homeland Security, et al., | ) |
| Respondents. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on December 7, 2006, recommending that the petition for hearing on naturalization petition under 8 U.S.C. § 1447(b) be **DENIED** as moot as the application for naturalization has been adjudicated and this action is **DISMISSED** without prejudice to Girgis's right to seek *de novo* judicial review after exhausting his available administrative remedies by seeking a hearing before an immigration officer. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for hearing on naturalization petition is due to be **DENIED** as **MOOT** and this action **DISMISSED** without prejudice. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 29th day of January, 2007.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE